IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

A COLE ONSTAD,
ADC #128493                                                                               PLAINTIFF

V.                               5:17CV00035-JTK

WENDY KELLEY, et al.                                                   DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 26th day of January, 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE